Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Clotilde R. Keller and Another, as Executors and Trustees, etc., Appellants, v. Hugo P. Keller, Individually and as Surviving Member of the Firm of L. H. Keller & Co., etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Lizzie Katz, Respondent, v. Louis Katz, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Lizzie Katz, Appellant, v. Louis Katz, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Clarke and Scott, JJ., dissented.

Henry W. Neubeck, Appellant, v. George E. Edwards and Others, as Trustees of the Dollar Savings Bank of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George B. Hayes, Appellant, v. Andrew B. McGinnis and Another, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Harry Content and Others, Respondents, v. Sarah L. Robertson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Dorothea R. Turpin, as Administratrix, etc., Respondent, v. William A. Turpin Company and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., and Dowling, J., dissented.

Daniel Koenig, Appellant, v. Great Atlantic and Pacific Tea Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Edgar Zeilian, as Receiver of the Co-Operative Plate Ice Company and the Baltimore Plate Ice Company, Respondent, v. James Beggs & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William H. Davis, Appellant, Respondent, v. Richmond Levering, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

David C. Miller and Another, Respondents, v. United States Trust Company of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.